IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHYESHA SCOTT, as Administrator, for the Estate of Jaimesse Sad'e Thompson,<br><br>Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY CRIMINAL JUSTICE AUTHORITY, et. al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-24-211-D<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green, pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 21], in its entirety.

For the reasons stated therein, Defendant Rivers' Motion to Dismiss and Brief in Support [Doc. No. 8] is **DENIED** as moot; Defendant GCCJA's Motion to Dismiss and Brief in Support [Doc. No. 7] is **DENIED** as prematurely filed; Defendant GCCJA's Motion to Deem Confessed its Motion to Dismiss [Doc. No. 13] is **DENIED** as moot; and Defendant GCCJA's Motion to Quash Purported Service [Doc. No. 12] is **GRANTED,** but Plaintiff is allowed 30 additional days from the date of this order, or until March 15, 2025, to effectuate service on all Defendants.

2

**IT IS SO ORDERED** this 13th day of February 2025.

                                                                           _____
                                                                           TIMOTHY D. DeGIUSTI
                                                                           Chief United States District Judge