IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SHYESHA SCOTT, as Administrator for the Estate of Jaimesse Sad'e Thompson, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-24-211-D |
| (1) GARFIELD COUNTY CRIMINAL JUSTICE AUTHORITY (GCCJA), an Oklahoma Title 60 Authority, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## JOINT MOTION TO ENLARGE SCHEDULING ORDER BY 90 DAYS

The parties hereby jointly move to enlarge all deadlines in the current Scheduling Order by 90 days. In support thereof, the parties state as follows:

1.      The original Scheduling Order was issued in this case on May 16, 2025. (Dkt. 32).

2.      Defendants submitted written discovery to Plaintiff on June 3, 2025, which Plaintiff responded to on July 29, 2025.

3.      On August 14, 2025, upon notice and agreement, Defendants sent notices of depositions to Plaintiff Shyesha Scott, (Administrator for the Estate of Jaimesse Sad'e Thompson) as well as her mother Sharon Onwuagba (the former Administrator of the Estate), both key witnesses, to take place in Oklahoma City on October 6 and 7, 2025. (Dkt. 35; Dkt. 36).

4.     Unfortunately, those depositions needed to be rescheduled.  The parties have learned in the meantime that both Ms. Scott and Ms. Onwaugba currently reside in Knoxville, TN. Moreover, Ms. Scott is a nurse with a busy schedule, making it difficult for them to both travel to Oklahoma City for their depositions.

5.     The parties have been attempting to find a date that works for both Ms. Scott and Ms. Onwaubga, as well as their counsel, to reschedule the depositions in Oklahoma City.

6.     On October 28, 2025, the parties finally agreed to reschedule those depositions for January 15 and 16, 2026, in Oklahoma City.  Notices of those depositions will be forthcoming shortly.

7.     However, those depositions are after the current discovery deadline, which is January 6, 2026, as well as the current expert witness deadlines.

8.     Despite the best efforts of the parties, it does not appear that the Plaintiff and her mother's depositions can feasibly take place prior to the discovery deadline.

9.     Defendants also seek to take the deposition of Plaintiff's brother Devon, another key witness, but it is the parties' understanding that he currently resides in Indianapolis.  The parties are working on scheduling that deposition as well.

10.     Plaintiff also seeks to take the depositions of several Defense witnesses, and the parties are working on scheduling those depositions as well.

11.     For all these reasons, the current scheduling order, with a December 4, 2025 Plaintiff's expert witness deadline, a January 6, 2026 discovery deadline and February 3, 2026 dispositive motion deadline, among other deadlines, is untenable for all parties.

12.     The parties thereby jointly request that all deadlines in this case be extended by 90 days, to allow the parties to engage in good-faith discovery efforts.

13.     The deadlines would therefore be extended in the following manner:

| Description | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Final Expert Witness List | December 4, 2025 | March 4, 2026 |
| Defendants' Final Expert Witness List | December 18, 2025 | March 18, 2026 |
| Plaintiff's Final Witness and Exhibit Lists | December 18, 2025 | March 18, 2026 |
| Defendants' Objections to Plaintiff's Final Exhibit List | January 1, 2026 | April 1, 2026 |
| Defendants' Final Witness and Exhibit Lists | January 1, 2026 | April 1, 2026 |
| Discovery Cut Off | January 6, 2026 | April 6, 2026 |
| Plaintiff's Objections to Defendants' Final Exhibit Lists | January 15, 2026 | April 15, 2026 |
| Dispositive and *Daubert* Motions | February 3, 2026 | May 4, 2026 |
| Motions *in limine* | March 4, 2026 | June 2, 2026 |
| Designations of Deposition Testimony | March 4, 2026 | June 2, 2026 |
| Requested *voir dire* | March 4, 2026 | June 2, 2026 |
| Trial Briefs | March 4, 2026 | June 2, 2026 |
| Requested Jury Instruction | March 4, 2026 | June 2, 2026 |
| Proposed findings and conclusions of law | March 4, 2026 | June 2, 2026 |
| Final Pretrial Report | March 4, 2026 | June 2, 2026 |
| Objections and Counter-Designations | March 11, 2026 | June 9, 2026 |
| Objections to Motions *in limine*, Trial Briefs, proposed findings and conclusion of law, requested *voir dire*, and/or Jury Instructions | March 18, 2026 | June 16, 2026 |
| Objections to Counter-Designations | March 18, 2026 | June 16, 2026 |

| Trial Docket | April 14, 2026 | July 14, 2026 |
|---|---|---|

14.     This is the first request for an extension of deadlines.

15.     This request is made in good faith, to ensure that all depositions of important witnesses take place before the upcoming discovery deadline.

16.     As all future deadlines would be extended by 90 days, no other deadlines would be affected.

17.     The parties are also contemporaneously in contact with the Magistrate Judge's office that would be holding the settlement conference, and are in the process of moving the current Settlement conference set for November 18, 2025, to a later date as well.

WHEREFORE, for good cause shown, the parties respectfully request that all future scheduling order deadlines be extended by 90 days.  A proposed Order is included with this Motion.

Respectfully submitted,

s/ Jordan L. Miller
Howard T. Morrow, OBA No. 32650
Jordan L. Miller, OBA No. 30892
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:   (405) 524-2070
Facsimile:   (405) 524-2078
Email:       htm@czwlaw.com
             jlm@czwlaw.com

*ATTORNEYS FOR DEFENDANT*
*GARFIELD COUNTY CRIMINAL*
*JUSTICE AUTHORITY (GCCJA)*

s/ Ronald "Skip" Kelly
Ronald "Skip" Kelly
Two Broadway Executive Park
205 N.W. 63rd St., Suite 150
Oklahoma City, OK 73116
Email: kellyron01@yahoo.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ronald "Skip" Kelly
Two Broadway Executive Park
205 N.W. 63rd St., Suite 150
Oklahoma City, OK 73116
Email: kellyron01@yahoo.com

Chanda Graham
300 NW 144th Street
Edmond, OK 73013
Email: ChandaGPLLC@gmail.com
**Attorneys for Plaintiff**

s/ Jordan L. Miller
Jordan L. Miller