# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHYESHA SCOTT, as Administrator<br>for the Estate of Jaimesse Sad'e Thompson, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-24-211-D |
| | ) | |
| GARFIELD COUNTY CRIMINAL<br>JUSTICE AUTHORITY, et. al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Before the Court is the parties' Joint Motion to Enlarge Scheduling Order by 90 Days. (Doc. 38). The parties represent that the extension is required due to the difficulty of scheduling deposition for out-of-state parties and witnesses. (*Id.* at 1-2). For good cause shown, the motion is **GRANTED**. The new deadlines in this matter are as follows:

| Description | New Deadline |
|---|---|
| Plaintiff's Final Expert Witness List | March 4, 2026 |
| Defendants' Final Expert Witness List | March 18, 2026 |
| Plaintiff's Final Witness and Exhibit Lists | March 18, 2026 |
| Defendants' Objections to Plaintiff's Final Exhibit List | April 1, 2026 |
| Defendants' Final Witness and Exhibit Lists | April 1, 2026 |
| Discovery Cut Off | April 6, 2026 |
| Plaintiff's Objections to Defendants' Final Exhibit Lists | April 15, 2026 |
| Dispositive and *Daubert* Motions | May 4, 2026 |
| Motions *in limine*; | June 2, 2026 |
| Designations of Deposition Testimony | June 2, 2026 |

| | |
|---|---|
| Requested *voir dire* | June 2, 2026 |
| Trial Briefs | June 2, 2026 |
| Requested Jury Instruction | June 2, 2026 |
| Proposed findings and conclusions of law | June 2, 2026 |
| Final Pretrial Report | June 2, 2026 |
| Objections to designations of deposition testimony and counter-designations | June 9, 2026 |
| Objections to motions *in limine*; objections to counter-designations; trial briefs; proposed findings and conclusion of law; requested *voir dire* and/or Jury Instructions | June 16, 2026 |
| Trial Docket | July 2026 |

**IT IS SO ORDERED** this 5th day of November, 2026.


AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE