THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SHYESHA SCOTT, as Administrator for the Estate of Jaimesse Sad'e Thompson,<br><br>     Plaintiff,<br><br>vs.<br><br>(1) GARFIELD COUNTY CRIMINAL JUSTICE AUTHORITY (GCCJA), an Oklahoma Title 60 Authority,<br><br>     Defendant. | Case No. CIV-24-211-D<br><br>JURY TRIAL DEMANDED |

## AMENDED NOTICE OF DEPOSITION

You are hereby notified that Defendant Garfield County Criminal Justice Authority will take the deposition noted below:

| Deponent | Date and Time | Location |
|---|---|---|
| Yolanda Davis | March 27, 2026 Commencing at 11:00 a.m. CDT/12:00 p.m. EDT | Via Zoom (All parties to appear remotely) |

This deposition will be taken upon oral examination before a qualified court reporter at the location noted, recorded by stenographic means, may be recorded by videographer, and will continue from day to day until completed. The deposition is being taken for use at trial, as well as for all other purposes as permitted by law.

Respectfully submitted,

s/ Jordan L. Miller
Howard T. Morrow, OBA No. 32650
Jordan L. Miller, OBA No. 30892
COLLINS ZORN & WAGNER, PLLC

429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:   (405) 524-2070
Facsimile:    (405) 524-2078
Email:           htm@czwlaw.com
                     jlm@czwlaw.com

***Attorneys for Defendant Garfield County Criminal Justice Authority (GCCJA), an Oklahoma Title 60 Authority***

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ronald "Skip" Kelly
Two Broadway Executive Park
205 N.W. 63rd St., Suite 150
Oklahoma City, OK 73116
Email: kellyron01@yahoo.com

Chanda Graham
300 NW 144th Street
Edmond, OK 73013
Email: ChandaGPLLC@gmail.com
***Attorneys for Plaintiff***

s/ Jordan L. Miller
Jordan L. Miller