IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHYESHA SCOTT, as Administrator for the Estate of Jaimesse Sad'e Thompson,<br><br>Plaintiff,<br><br>v.<br><br>GARFIELD COUNTY CRIMINAL JUSTICE AUTHORITY, et. al.,<br><br>Defendants. | Case No. CIV-24-211-D |

## ORDER

Before the Court is the parties' Second Joint Motion to Enlarge Scheduling Order by 60 Days. (Doc. 48). The parties represent that the extension is required due to scheduling conflicts between counsel and key witnesses. (*Id.* at 1). For good cause shown, the motion is **GRANTED**, as modified below. The new deadlines in this matter are as follows:

| Description | New Deadline |
|---|---|
| Plaintiff's Final Expert Witness List | May 4, 2026 |
| Defendants' Final Expert Witness List | May 18, 2026 |
| Plaintiff's Final Witness and Exhibit Lists | May 18, 2026 |
| Defendants' Objections to Plaintiff's Final Exhibit List | June 1, 2026 |
| Defendants' Final Witness and Exhibit Lists | June 1, 2026 |
| Discovery Cut Off | June 5, 2026 |
| Plaintiff's Objections to Defendants' Final Exhibit Lists | June 15, 2026 |
| Dispositive and *Daubert* Motions | July 2, 2026 |
| Motions *in limine*; | August 3, 2026 |

| | |
|---|---|
| Designations of Deposition Testimony | August 3, 2026 |
| Requested *voir dire* | August 3, 2026 |
| Trial Briefs | August 3, 2026 |
| Requested Jury Instructions | August 3, 2026 |
| Proposed findings and conclusions of law | August 3, 2026 |
| Final Pretrial Report | August 3, 2026 |
| Objections to designations of deposition testimony and counter-designations | August 10, 2026 |
| Objections to motions *in limine*; objections to counter-designations; trial briefs; proposed findings and conclusion of law; requested *voir dire* and/or Jury Instructions | August 17, 2026 |
| Trial Docket | September 2026 |

**IT IS SO ORDERED** this 12th day of March, 2026.

*Amanda L. Maxfield*
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE